UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)Criminal No. 04-10299-PBS
v. )
)VIOLATIONS:
1. Luz LUCIANO, )
   a/k/a Chila, )21 U.S.C. §846 – Conspiracy to
2. Daniel AGUILAR, )Possess with Intent to
   a/k/a "Lik" )Distribute Cocaine
3. Roberto SOLORIO, )
4. Ricardo ESTRADA, )21 U.S.C. § 853 – Criminal
5. Andres MARTINEZ, )Forfeiture
   a/k/a Castro Casimiro, )
   a/k/a Joel Zequeira, )
6. Jose ROSALES, )
   a/k/a Tony, )
   a/k/a Tono, )
   a/k/a Joel Agostini, )
7. Valentin MARTINEZ, )
   a/k/a Valentin RIVERA, )
   a/k/a "V", )
   a/k/a Vale, )
8. Kelvin MADERA, )
   a/k/a Manolo LNU, )
   a/k/a Manuel GERMOSEN, )
9. Abdallah HAMDAN, )
10. Ricardo MARTINEZ, )
    a/k/a Chorizo, )
    a/k/a Chori, )
11. Howard GREENBERG, )
12. EDGAR HOFFENS, )
    a/k/a Carlos Colon Rivera,)
    a/k/a Tigueron, )
13. Rogelio GARCIA, )
    a/k/a Lacuilla, )
14. Javier Angel Romero, )
    a/k/a Ramon ACOSTA, )
15. Cristian GERMOSEN, )
16. Juan MARTINEZ, )
    a/k/a Marcelino Cuevas, )
    a/k/a Chon, )
17. Gerardo Vasseur ORTIZ, )
    a/k/a Scarface, )
18. Phillip ASARO, )
19. Silvestre LIZARDI, )

2

```
20. Robert RUSCIO,              )
21. Giovanni AVILA,             )
        a/k/a Gio,              )
        a/k/a the Painter,      )
22. Gilberto ZAYAS,             )
        a/k/a Tony,             )
23. Luis DEJESUS,               )
        a/k/a Edgardo,          )
24. Benito GRULLON,             )
        a/k/a "Quico"           )
```

**Defendants.**

### FIRST SUPERSEDING INDICTMENT

**COUNT ONE:**        **(21 United States Code Section 846 - Conspiracy
                        to Possess with Intent to Distribute Cocaine)**

The Grand Jury charges that:

From an unknown date but at least by in or about January

2001 and continuing until on or about May 1, 2004 at Lynn,

Danvers, Peabody, Salem, and elsewhere in the District of

Massachusetts, at the Bronx and Manhattan in the Southern

District of New York, at Mexico, and elsewhere,

```
            1. Luz LUCIANO,
                a/k/a Chila,
            2. Daniel AGUILAR,
                a/k/a "Lik"
            3. Roberto SOLORIO,
            4. Ricardo ESTRADA,
            5. Andres MARTINEZ,
        a/k/a Castro Casimiro,
        a/k/a Joel Zequeira,
            6. Jose ROSALES,
                a/k/a Tony,
                a/k/a Tono,
            a/k/a Joel Agostini,
            7. Valentin MARTINEZ,
            a/k/a Valentin RIVERA,
                a/k/a "V",
```

a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,
a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, knowingly and intentionally combined,

conspired, and agreed with each other and with other persons

known and unknown to the Grand Jury, to possess with intent to

distribute and distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

5

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the offenses alleged in Count One of this indictment,

1. Luz LUCIANO,
a/k/a Chila,
2. Daniel AGUILAR,
a/k/a "Lik"
3. Roberto SOLORIO,
4. Ricardo ESTRADA,
5. Andres MARTINEZ,
a/k/a Castro Casimiro,
a/k/a Joel Zequeira,
6. Jose ROSALES,
a/k/a Tony,
a/k/a Tono,
a/k/a Joel Agostini,
7. Valentin MARTINEZ,
a/k/a Valentin RIVERA,
a/k/a "V",
a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,

6

a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to
21 U.S.C. §853: (1) any and all property constituting or derived
from any proceeds the said defendant obtained directly or
indirectly as a result of the charged offense; and (2) any and all
property used or intended to be used in any manner or part to
commit and to facilitate the commission of the offense, including,
but not limited to, the following:

(a)   $1,150.00 in United States currency, seized from
      Giovanni Enrique Avila on or about May 1, 2004;

(b)   $19,000.00 in United States currency, seized from
      Giovanni's Auto Body, 892 Washington Street, Lynn,
      Massachusetts, on or about May 1, 2004;

(c)   a 2000 Freightliner Tractor Classic XL, Vehicle
      Identification    No.    1FUPCSEB9YDB42682,    and
      California License No. UP20575, registered in the
      name of Ricardo Estrada;

(d)   $21,042.00 in U.S. Currency, seized from 29 Hardy
      Avenue, Newburyport, Massachusetts, on or about May
      1, 2004;

7

(e) $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

(f) the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

(g) $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

(h) $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004; and

(i) $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004.

2.   If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a)   cannot be located upon the exercise of due diligence;

(b)   have been transferred or sold to, or deposited with, a third party;

(c)   have been placed beyond the jurisdiction of the Court;

(d)   have been substantially diminished in value; or

(e)   have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

8

    (1)   the real property located at 88 Windsor Avenue, Swampscott, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 204, of the Southern Essex County Registry of Deeds and Land Court Certificate No. 77407; and

    (2)   the real property located at 7A Buffum Street, Salem, Massachusetts, including all buildings, appurtenances, and improvements thereon, with a Deed recorded at Book 23089, Page 215, of the Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and
filed.

DEPUTY CLERK          2:07

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City**  Lynn                         **Related Case Information:**

**County**  Essex                      Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                       Same Defendant    x          New Defendant
                                       Magistrate Judge Case Number  ███████████
                                       Search Warrant Case Number  04-M-1720-1730
                                       R 20/R 40 from District of

## Defendant Information:

**Defendant Name**  LUZ LUCIANO                         Juvenile:    ☐ Yes    X No

**Alias Name**  "Chila"

**Address**

**Birthdate:** _____ SS # _____ Sex: FEM  Race: Hispanic          Nationalit  Guatemala

**Defense Counsel if known:**   Michael Bourbeau, Esq.        Address  77 Central Street, Boston, MA

**Bar Number**

## U.S. Attorney Information:

**AUSA**  Robert L. Peabody.                         Bar Number if applicable    551936

**Interpreter:**    X Yes    No          List language and/or dialect:          Spanish

**Matter to be SEALED:**        Yes  X  ███████

    Warrant Requested        X ███████████          In Custody

## Location Status:

**Arrest Date**    5/01/04

    Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ————————  ☐ Serving Sentence    ☐ Awaiting Trial

X  On Pretrial Release:   Ordered by:  Mag. Judge Swartwood          on

**Charging Document:**      Complaint    ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/6/04          Signature of AUSA:  _Robert L. Peabody_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    LUZ LUCIANO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**        **Category No.** II          **Investigating Agency** DEA

**City** Lynn                **Related Case Information:**

**County** Essex             Superseding Ind./ Inf.  X              Case No.  04-10299 PBS
                             Same Defendant    x          New Defendant _____
                             Magistrate Judge Case Number ▇▇▇▇▇▇▇
                             Search Warrant Case Number   04-M-1720-1730
                             R 20/R 40 from District of

### Defendant Information:

Defendant Name    DANIEL AGUILAR                      Juvenile:    ☐ Yes    X No

Alias Name    "LIK"

Address

Birthdate: _____ SS # _____ Sex: MALE Race: Hispanic        Nationalit Mexican

**Defense Counsel if known:**    Benjamin Entine, Esq.      Address 77 Franklin Street, Boston, MA

Bar Number  _____              617-357-0770

### U.S. Attorney Information:

AUSA  Robert L. Peabody.                  Bar Number if applicable   551930

**Interpreter:**    X Yes    No          List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes ▇▇▇▇▇▇

        Warrant Requested          ☐ Regular Process          X In Custody

### Location Status:

Arrest Date      5/01/04

X Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04          Signature of AUSA:    Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**    (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II              **Investigating Agency**  DEA

**City**  Lynn                     **Related Case Information:**

**County**  Essex                  Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                   Same Defendant     x          New Defendant
                                   Magistrate Judge Case Number
                                   Search Warrant Case Number  04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name  ROBERTO SOLORIO                    Juvenile:       ☐ Yes    X No

Alias Name

Address

Birthdate:            SS #              Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    Syrie Fried, Esq.        Address  Federal Defender

Bar Number                                                617-223-8061

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X Yes      No        List language and/or dialect:       Spanish

**Matter to be SEALED:**       Yes

     Warrant Requested                                    In Custody

**Location Status:**

Arrest Date        5/01/04

   Already in Federal Custody as of                        in
☐ Already in State Custody at                    ☐ Serving Sentence      ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood        on

**Charging Document:**    Complaint      ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor         X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:   Robert L. Peabody

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERTO SOLORIO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City**  Lynn                    **Related Case Information:**

**County**  Essex                 Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                  Same Defendant      x          New Defendant
                                  Magistrate Judge Case Number   ▉▉▉▉▉▉▉
                                  Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                  R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   RICARDO ESTRADA          Juvenile:      ☐ Yes    X No

**Alias Name**

**Address**

**Birthdate:**          SS #          Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**   Eliot Weinstein, Esq.          Address  228 Lewis Wharf

**Bar Number**                                 617-367-9334

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody.          Bar Number if applicable   551936

**Interpreter:**   X Yes     No          List language and/or dialect:   Spanish

**Matter to be SEALED:**     Yes  ▉▉▉▉

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of                    Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at ——————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:  Robert L. Peabody

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**  Lynn                 **Related Case Information:**

**County**  Essex              Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                               Same Defendant                   New Defendant   x
                               Magistrate Judge Case Number   ~~04-M-1686-GBY~~
                               Search Warrant Case Number   04-M-1720-to-1730
                               R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   ANDRES MARTINEZ                    Juvenile:       ☐ Yes    X No

**Alias Name**   CASTRO CASIMIRO  AKA SACAIDA AKA JOEL ZEQUEIRA

**Address**

**Birthdate:**          SS #  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  **Sex:**  MALE  **Race:**  Hispanic        **Nationalit**  Mexican

**Defense Counsel if known:**     John Cicilline, Esq.          **Address**  381 Atwells Ave., Providence, RI

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody.                    **Bar Number if applicable**    551936

**Interpreter:**     X Yes      No          **List language and/or dialect:**        Spanish

**Matter to be SEALED:**          Yes   ▓▓▓▓▓

        Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

**Arrest Date**      5/1/2004

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**   ☐ Petty ———    ☐ Misdemeanor ———    X Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    10/5/04          Signature of AUSA:   *Robert L. Peabody*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn                          **Related Case Information:**

**County**  Essex                       Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                        Same Defendant              New Defendant  x
                                        Magistrate Judge Case Number ███████████
                                        Search Warrant Case Number  04-M-1720 to 1730
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                          Juvenile:      ☐ Yes     X No

Alias Name    TONY  AKA TONO  AKA JOEL AGOSTINI

Address      88 NEWARK ST. LYNN MA

Birthdate:  5/10/76     SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.      Address  1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                          Bar Number if applicable    551936

**Interpreter:**       X Yes      No          List language and/or dialect:       Spanish

**Matter to be SEALED:**          Yes  ████████

          Warrant Requested         ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date       5/1/04

X  Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on

**Charging Document:**      Complaint      ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty ———     ☐ Misdemeanor ———     X☐ Felony ——1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  10/6/04          Signature of AUSA:    Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     JOSE ROSALES _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.**  II _____    **Investigating Agency**  DEA _____

**City**   Lynn _____       **Related Case Information:**

**County**  Essex _____       Superseding Ind./ Inf.    X _____    Case No.   04-10299 PBS
                                        Same Defendant _____    New Defendant  x _____
                                        Magistrate Judge Case Number  ████████████
                                        Search Warrant Case Number   04-M-1720 to 1730
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   VALENTIN MARTINEZ _____    Juvenile:      ☐ Yes    X No

Alias Name     VALENTIN RIVERA

Address      108 JOHNSON STREET, LYNN, MA

Birthdate: 12/20/69 ___  SS # 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  Sex:  MALE  Race:  Hispanic _____    Nationalit  Mexican

**Defense Counsel if known:**     Ronald Ian Segal, Esq.      Address  23 Central Ave., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____    Bar Number if applicable    551936

**Interpreter:**    X Yes    X No       List language and/or dialect:        Spanish

**Matter to be SEALED:**       Yes   ██████No

      Warrant Requested        ☐ Regular Process        x In Custody

**Location Status:**

Arrest Date      5/1/04

x  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI ___ .
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**     Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor ____  X☐ Felony  1 ____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/04 _____    Signature of AUSA:   _Robert L. Peabody_ -

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   VALENTIN MARTINEZ

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II _____     **Investigating Agency** DEA _____

**City** Lynn _____              **Related Case Information:**

**County** Essex _____           Superseding Ind./ Inf.  X _____     Case No.  04-10299 PBS
                                 Same Defendant _____     New Defendant  x _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number   04-M-1720 to 1730 _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   KELVIN MADERA _____     Juvenile:   ☐ Yes     X No

Alias Name     MANOLO LNU _____

Address        65 FREEMAN AVENUE, EVERETT, MA 02149 _____

Birthdate: 5/22/66 _____   SS # 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   Sex: MALE   Race: Hispanic _____   Nationalit Dominican _____

**Defense Counsel if known:**     Steven Judge, Esq. _____     Address 23 Central Ave., Lynn, MA _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody. _____     Bar Number if applicable   551936 _____

**Interpreter:**   X Yes     No     List language and/or dialect:     spanish _____

**Matter to be SEALED:**     Yes ~~No~~

          Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date     5/1/04 _____

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   X☐ Felony 1 _____

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04 _____     Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN MADERA _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-madera.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II             Investigating Agency   DEA

City   Lynn                     **Related Case Information:**

County   Essex                 Superseding Ind./ Inf.   X                Case No.   04-10299 PBS
                               Same Defendant                    New Defendant  x
                               Magistrate Judge Case Number
                               Search Warrant Case Number       04-M-1720 to 1730
                               R 20/R 40 from District of

## Defendant Information:

Defendant Name   ABDALLAH HAMDAN                    Juvenile:       ☐ Yes    X No

Alias Name

Address    10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76     SS # 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  Sex: MALE  Race: Arabic             Nationalit Palestinian

**Defense Counsel if known:**    Melvin Norris, Esq.        Address 260 Boston Post Rd., Wayland, MA

Bar Number

## U.S. Attorney Information:

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**      ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**        Yes ▮▮▮▮▮No

        Warrant Requested        ☐ Regular Process        X In Custody

## Location Status:

Arrest Date        5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI    .
☐  Already in State Custody at ——————— ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                  on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ———— ☐ Misdemeanor ———— ☐ X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody.

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** _II_____      **Investigating Agency** _DEA_____

**City** _Lynn_____      **Related Case Information:**

**County** _Essex_____      Superseding Ind./ Inf. _X_____    Case No. _04-10299 PBS_____
                                  Same Defendant _____ New Defendant _x_____
                                  Magistrate Judge Case Number ████████████████
                                  Search Warrant Case Number _04-M-1720 to 1730_____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _RICARDO MARTINEZ_____    Juvenile:    ☐ Yes    X  No

Alias Name      _CHORIZO_____

Address         _304 AMERICAN LEGION_____REVERE, MA_____

Birthdate: _4/1/74___ SS # _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_ Sex: _MALE_ Race: _Hispanic_____ Nationalit _Mexican____

**Defense Counsel if known:**      _____    Address _____

Bar Number     _____              _____

**U.S. Attorney Information:**

AUSA  _Robert L. Peabody._____    Bar Number if applicable  _____

**Interpreter:**    X  Yes    No        List language and/or dialect:    _Spanish_____

**Matter to be SEALED:**        Yes  ~~No~~

        Warrant Requested        ☐ Regular Process        In Custody

**Location Status:**

Arrest Date     _FUGITIVE_____

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**        Complaint    ☐ Information    X  Indictment

**Total # of Counts:**    ☐ Petty ─────  ☐ Misdemeanor ─────  X☐ Felony ──1──

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _10/6/04_____    Signature of AUSA:   _Robert L. Peabody_ .

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ricardo.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.   X                Case No.   04-10299 PBS
                                   Same Defendant                    New Defendant   x
                                   Magistrate Judge Case Number
                                   Search Warrant Case Number   04-M-1720 to 1730
                                   R 20/R 40 from District of

## Defendant Information:

**Defendant Name**   HOWARD GREENBERG          Juvenile:      ☐ Yes    X No

**Alias Name**   HOWIE

**Address**   677 REVERE BEACH BLVD, REVERE, MA

**Birthdate:** 10/10/52   **SS #** 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   **Sex:** MALE   **Race:** white          **Nationalit** USA

**Defense Counsel if known:**   Roger Witkin, Esq.          Address 6 Beacon St., Boston, MA

**Bar Number**

## U.S. Attorney Information:

**AUSA**   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**   ☐ Yes   X No          List language and/or dialect:

**Matter to be SEALED:**          Yes   ███████

          Warrant Requested          X☐ Regular Process          In Custody

## Location Status:

**Arrest Date**          5/1/04

   Already in Federal Custody as of                    in

☐ Already in State Custody at                    ☐ Serving Sentence          ☐ Awaiting Trial

X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood          on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ————   ☐ Misdemeanor ————   ☐ X Felony———1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    HOWARD GREENBERG _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-greenberg.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II            **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.    X            Case No.   04-10299 PBS
                                   Same Defendant                    New Defendant  x
                                   Magistrate Judge Case Number      ▓▓▓▓▓▓▓▓▓▓▓
                                   Search Warrant Case Number      04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name    CARLOS  COLON-RIVERA            Juvenile:      ☐ Yes    X  No

Alias Name    TIGUERON

Address    58 CAMPBELL ST , NEW BEDFORD, MA

Birthdate:  8/27/64    SS #  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   Sex:  MALE  Race:  Hispanic         Nationality:  CostaRican

**Defense Counsel if known:**       John E. Wall, Esq.        Address  Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X  Yes      No        List language and/or dialect:      Spanish

**Matter to be SEALED:**       Yes  ▓▓▓▓▓▓▓▓

          Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of                    in
☐  Already in State Custody at                  ☐ Serving Sentence      ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:    Mag. Judge Swartwood      on

**Charging Document:**        Complaint      ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          ☐X Felony    1

                    Continue on Page 2 for Entry of U.S.C. Citations

    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.**

Date:    10/6/04              Signature of AUSA:    _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS  COLON-RIVERA _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-colon.wpd - 2/7/02

☜JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II            **Investigating Agency**   DEA

**City**   Lynn                          **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                         Same Defendant                New Defendant  x
                                         Magistrate Judge Case Number
                                         Search Warrant Case Number    04-M-1720 to 1730
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROGELIO GARCIA                    Juvenile:     ☐ Yes    X  No

Alias Name      LACUILLA

Address       85 WALNUT AVE., REVERE, MA

Birthdate:  7/15/80      SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  USA

**Defense Counsel if known:**     James H. Budreau, Esq.      Address  20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**     ☐ Yes    X  No          List language and/or dialect:

**Matter to be SEALED:**        Yes   ████████

        Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date

    ☐ Already in Federal Custody as of _____ in _____
    ☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
    X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood      on

**Charging Document:**        Complaint      ☐ Information      X  Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04        Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-garcia.wpd - 2/7/02

YᴗJS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                 **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.**  II            **Investigating Agency**   DEA

**City**   Lynn                        **Related Case Information:**

**County**   Essex                     Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                       Same Defendant                  New Defendant  x
                                       Magistrate Judge Case Number   ~~04-M-1686-CBS~~
                                       Search Warrant Case Number     04-M-1720-to -1730
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO            Juvenile:      ☐ Yes    X No

Alias Name       RAMON ACOSTA

Address          4 SHERMAN STREET, LYNN, MA

Birthdate: 3/15/64    SS # 000 00 0172  Sex: MALE  Race: Hispanic         Nationalit Dominican

**Defense Counsel if known:**      Raymond Buso, Esq.        Address  15 Church St., Salem , MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody,                  Bar Number if applicable   551936

**Interpreter:**     X Yes      No       List language and/or dialect:    Spanish

**Matter to be SEALED:**      Yes   ~~No~~

        Warrant Requested       ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date        5/1/04

X Already in Federal Custody as of                 in   Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at                 ☐ Serving Sentence       ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                 on

**Charging Document:**      Complaint     ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/04           Signature of AUSA:   Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    JAVIER ANGEL ROMERO   AKA RAMON ACOSTA _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-acosta.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__      Case No. __04-10299 PBS__

Same Defendant      New Defendant __x__

Magistrate Judge Case Number ▮▮▮▮▮▮

Search Warrant Case Number __04-M-1720 to 1730__

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CRISTIAN GERMOSEN__      Juvenile: ☐ Yes   X No

Alias Name _____

Address __27 WARREN ST, NEWBURYPORT, MA__

Birthdate: __3/22/78__ SS # __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__ Sex: __MALE__ Race: __Hispanic__ Nationalit __Dominican__

**Defense Counsel if known:** __Michael Hickey, Esq.__      Address __15 Church St., Salem, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody__      Bar Number if applicable __551936__

**Interpreter:** X Yes   No      List language and/or dialect: __Spanish__

**Matter to be SEALED:**    Yes ▮▮▮▮▮

     Warrant Requested    ☐ Regular Process      x In Custody

**Location Status:**

Arrest Date __5/1/04__

x Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

   On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__      Signature of AUSA: _Robert L. Peabody._

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     CRISTIAN GERMOSEN

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-germosen.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II _____     **Investigating Agency** DEA _____

**City**  Lynn _____          **Related Case Information:**

**County**  Essex _____          Superseding Ind./ Inf.   X _____     Case No.   04-10299 PBS

Same Defendant _____     New Defendant  x _____

Magistrate Judge Case Number   ▮▮▮▮▮▮▮

Search Warrant Case Number   04-M-1720 to 1730

R 20/R 40 from District of   _____

---

### Defendant Information:

Defendant Name   JUAN MARTINEZ _____          Juvenile:          ☐ Yes     X No

Alias Name   MARCELINO CUEVAS  AKA CHON _____

Address   22 PARK STREET, LYNN MA _____

Birthdate:  5/21/68 ____   SS #  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   Sex:  MALE   Race:  Hispanic _____     Nationalit  Mexican

**Defense Counsel if known:** _____          Address _____

Bar Number _____          _____

---

### U.S. Attorney Information:

AUSA   Robert L. Peabody. _____          Bar Number if applicable   _____

**Interpreter:**          X Yes          No          List language and/or dialect:          Spanish _____

**Matter to be SEALED:**          Yes   ▮▮▮▮▮▮

          Warrant Requested          ☐ Regular Process          In Custody

**Location Status:**

Arrest Date          FUGITIVE _____

   Already in Federal Custody as of _____   in   _____ .

☐ Already in State Custody at ————————   ☐ Serving Sentence     ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____   on   _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ————     ☐ Misdemeanor ————     ☐ X Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

Date:   10/6/04 _____     Signature of AUSA:   _Robert L. Peabody_ _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-juan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    U.S. District Court - District of Massachusetts

**Place of Offense:**              **Category No.** II          **Investigating Agency**    DEA

**City**    Lynn                    **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.    X          Case No.    04-10299 PBS
                                   Same Defendant _____  New Defendant   x
                                   Magistrate Judge Case Number   04-M-1695 CBS
                                   Search Warrant Case Number    04-M-1720 to 1730
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    GERARDO VASSEUR ORTIZ          Juvenile:      ☐ Yes    X No

Alias Name     SCARFACE

Address   _____

Birthdate:  6/23/72    SS #  000 00    Sex:  MALE  Race:  Hispanic       Nationalit   Dominican

**Defense Counsel if known:**      Richard M. Welch, Esq.       Address  80 Worcester St., No. Grafton, MA

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X  Yes     No         List language and/or dialect:        Spanish

**Matter to be SEALED:**          Yes    X▇▇▇▇

     Warrant Requested            ☐  Regular Process            X  In Custody

**Location Status:**

Arrest Date       5/1/04

X  Already in Federal Custody as of  _____  in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____  on  _____

**Charging Document:**       Complaint     ☐ Information       X  Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   10/6/04          Signature of AUSA:    _Robert L. Peabody._

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   GERARDO VASSEUR ORTIZ _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ORTIZ.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**   Lynn          **Related Case Information:**

**County**   Essex          Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
Same Defendant                    New Defendant  x
Magistrate Judge Case Number
Search Warrant Case Number     04-M-1720-to-1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name     PHILLIP ASARO          Juvenile:          ☐ Yes     X No

Alias Name

Address     238 SCHOOL STREET, SOMERVILLE, MA

Birthdate:  8/22/73     SS #  000 00 5581   Sex:  MALE  Race:  White          Nationalit  USA

**Defense Counsel if known:**          Kirk Y. Griffin, Esq.          Address  50 Staniford St., Boston,

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.          Bar Number if applicable     551936

**Interpreter:**          ☐ Yes     X No          List language and/or dialect:

**Matter to be SEALED:**          Yes ~~No~~

     Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date          5/1/04

     Already in Federal Custody as of          in          .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood   on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty          ☐ Misdemeanor          X Felony

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04          Signature of AUSA:   *Robert L. Peabody*

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    PHILLIP ASARO _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45asaro.wpd - 2/7/02

⚖JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant       ~~New Defendant~~
Magistrate Judge Case Number __~~04-M-~~1685 CBS__
Search Warrant Case Number __04- M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __SILVESTRE LIZARDI__     Juvenile:    ☐ Yes    X No

Alias Name _____

Address __29 HARDY STREET, NEWBURYPORT, MA__

Birthdate: __12/31/80__   SS # __000 00 3844__   Sex: __MALE__   Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:**    Michael R. Schneider, Esq.    Address __95 Commercial Wf. Boston, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody,__      Bar Number if applicable __551936__

**Interpreter:**    X Yes    No      List language and/or dialect:    __Spanish__

**Matter to be SEALED:**      Yes    ~~No~~

    Warrant Requested      X Regular Process      In Custody

**Location Status:**

Arrest Date      __5/1/04__

   Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:    Ordered by:    __Mag. Judge Swartwood__    on _____

**Charging Document:**      Complaint    ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   ☐ X Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__      Signature of AUSA:    _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SILVESTRE LIZARDI

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lizardi.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No.  II                    Investigating Agency  DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                    Superseding Ind./ Inf.   X                    Case No.   04-10299 PBS
                                       Same Defendant   x                    New Defendant  x
                                       Magistrate Judge Case Number   ▬▬▬▬▬
                                       Search Warrant Case Number   04-M-1720 to 1730
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROBERT V. RUSCIO                    Juvenile:        ☐ Yes    X No

Alias Name

Address   286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51    SS # 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  Sex: MALE  Race: White        Nationalit  USA

**Defense Counsel if known:**        Edward L. Hayden, Esq.        Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                    Bar Number if applicable   551936

**Interpreter:**        ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**        Yes   ▬▬▬▬▬

     \ Warrant Requested        X☐  Regular Process            In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of _____ in _____
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood        on _____

**Charging Document:**        Complaint        ☐ Information            X Indictment

**Total # of Counts:**        ☐ Petty _____    ☐ Misdemeanor        X☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04            Signature of AUSA:   Robert L. Peabody

**District Court Case Number**   (To be filled in by deputy clerk):   _____

**Name of Defendant**     ROBERT V. RUSCIO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** __II_____ **Investigating Agency** __DEA_____

**City** __Lynn_____ **Related Case Information:**

**County** __Essex_____ Superseding Ind./ Inf. __X_____ Case No. __04-10299 PBS__
Same Defendant _____ New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number __04-M-1720 -to- 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GIOVANNI AVILA_____ Juvenile: ☐ Yes   X No

Alias Name __THE PAINTER_____

Address __892 WASHINGTON STREET APT., LYNN, MA_____

Birthdate: __4/25/62__   SS # __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__ Sex: __MALE__ Race: __Hispanic_____ Nationalit __Costa Rican__

**Defense Counsel if known:** __Michael F. Natola, Esq.__   Address __Boston, MA_____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody._____ Bar Number if applicable __551936__

**Interpreter:**   X Yes   No   List language and/or dialect: __Spanish__

**Matter to be SEALED:**   Yes   ▬▬▬NO▬

    Warrant Requested   X Regular Process   In Custody

**Location Status:**

Arrest Date __5/1/04_____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial

X On Pretrial Release:   Ordered by: __Mag. Judge Swartwood__   on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——————   ☐ Misdemeanor ——————   ☐X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/6/04_____   Signature of AUSA: _Robert L. Peabody_____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GIOVANNI AVILA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-avila.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                Category No.  II            Investigating Agency  DEA

**City**  Lynn                       **Related Case Information:**

**County**  Essex                    Superseding Ind./ Inf.  X              Case No.  04-10299 PBS
                                     Same Defendant                  New Defendant  x
                                     Magistrate Judge Case Number  04-M-1685 CBS
                                     Search Warrant Case Number  04-M-1720  to  1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name  GILBERTO ZAYAS              Juvenile:      ☐ Yes    X No

Alias Name  Tony

Address  39 FAYETTE STREET, APT #1, LYNN, MA 01902-2346

Birthdate:  08/05/73   SS #  583415419   Sex:  MALE  Race:  Hispanic       Nationalit  Dominican

**Defense Counsel if known:**  Raymond E. Gillespie, Esq.    Address  875 Mass. Ave., Cambridge, MA

Bar Number

**U.S. Attorney Information:**

AUSA  Robert L. Peabody.                 Bar Number if applicable  551936

**Interpreter:**  X Yes    No        List language and/or dialect:   Spanish

**Matter to be SEALED:**      Yes ▇▇▇▇▇▇

        Warrant Requested        ☐ Regular Process        x In Custody

**Location Status:**

Arrest Date      5/1/04

x  Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____ on

**Charging Document:**    Complaint      ☐ Information      X Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04        Signature of AUSA:  Robert L. Peabody

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GILBERTO ZAYAS, aka Tony_____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn          **Related Case Information:**

**County**   Essex          Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                           Same Defendant          New Defendant  x
                           Magistrate Judge Case Number   ~~04-M-1685 CBS~~
                           Search Warrant Case Number   04-M-1720 to 1730
                           R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   LUIS DEJESUS          Juvenile:     ☐ Yes     X No

**Alias Name**       Edgardo

**Address**          107 MARIANNA STREET, APT. #1, LYNN, MA

**Birthdate:**   11/01/66     **SS #**   583312821     **Sex:**   MALE   **Race:**   Hispanic          **Nationalit**   Dominican

**Defense Counsel if known:**      John W. Laymon, Esq.          **Address**  40 Court St., Boston, MA

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody.          **Bar Number if applicable**   551936

**Interpreter:**     X  Yes     No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          Yes   ~~X   No~~

        Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date          5/1/04

X  Already in Federal Custody as of  _____ in   Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at  _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:  _____ on  _____

**Charging Document:**      Complaint     ☐ Information          X  Indictment

**Total # of Counts:**     ☐ Petty          ☐ Misdemeanor          ☐X Felony     1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   _Robert L. Peabody_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS DEJESUS, aka Edgardo _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

℀JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.   II            **Investigating Agency**    DEA

**City**   Lynn                **Related Case Information:**

**County**   Essex             Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                               Same Defendant                  New Defendant   x
                               Magistrate Judge Case Number    04-M
                               Search Warrant Case Number   04- M 1720 to 1730
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   BENITO GRULLON                Juvenile:       ☐ Yes    X No

Alias Name

Address

Birthdate:            SS #              Sex:  MALE  Race:  Hispanic         Nationalit  Dominican

**Defense Counsel if known:**      Ron Ian Segal, Esq..        Address  23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                  Bar Number if applicable   551936

**Interpreter:**    X Yes      No       List language and/or dialect:       Spanish

**Matter to be SEALED:**        Yes    ███████

       Warrant Requested        X  Regular Process          In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of                    in
☐  Already in State Custody at ——————  ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:                   on

**Charging Document:**       Complaint      ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty ———  ☐ Misdemeanor ———  X Felony —|—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   _Robert L. Peabody._

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   <u>BENITO GRULLON</u>

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____