JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                          4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**            **Category No.** II            **Investigating Agency** DEA

**City** Lynn                    **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf.  X            Case No.  04-10299 PBS
                                 Same Defendant    x            New Defendant
                                 Magistrate Judge Case Number  M 04-1732- CBS
                                 Search Warrant Case Number  04 M 1720- to 1730, 04-M 1738
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name  RICARDO MANUEL ESTRADA            Juvenile:        ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex:  MALE  Race:  Hispanic            Nationalit  Mexican

**Defense Counsel if known:**    Eliot Weinstein, Esq.            Address  228 Lewis Wharf

Bar Number            617-367-9334

**U.S. Attorney Information:**

AUSA  Neil Gallagher            Bar Number if applicable

**Interpreter:**    X  Yes    No        List language and/or dialect:    Spanish

**Matter to be SEALED:**        Yes  X  No

        Warrant Requested            ☐ Regular Process            X  In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of            Wyatt Detention, Central Falls, RI
☐  Already in State Custody at            ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:            on

**Charging Document:**    Complaint        ☐ Information            X  Indictment

**Total # of Counts:**    ☐ Petty            ☐ Misdemeanor            X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  3/23/05            Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

**U.S.C. Citations**

|  | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

5

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**        Category No.  II          Investigating Agency   DEA

**City**   Lynn               **Related Case Information:**

**County**   Essex            Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                             Same Defendant _____   New Defendant _____
                             Magistrate Judge Case Number   04-M-1685 CBS
                             Search Warrant Case Number   04-M-1720-to-1730
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ANDRES MARTINEZ-ACEVEZ          Juvenile:   ☐ Yes   X No

Alias Name   "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address _____

Birthdate: _____   SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit   Mexican

**Defense Counsel if known:**   John Cicilline, Esq.          Address  381 Atwells Ave., Providence, RI

Bar Number _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher                Bar Number if applicable _____

**Interpreter:**   X Yes   No        List language and/or dialect:   Spanish

**Matter to be SEALED:**      Yes  X  No

          Warrant Requested   ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date   5/1/2004

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   ~~10/5/04~~  3/23/05          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                    **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                 Same Defendant    x          New Defendant _____
                                 Magistrate Judge Case Number  04-M-1685 CBS
                                 Search Warrant Case Number  04-M-1720 to 1730
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE ROSALES                    Juvenile:    ☐ Yes   X No

Alias Name  TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address  88 NEWARK ST. LYNN MA

Birthdate: 5/10/76    SS # 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  Sex: MALE  Race: Hispanic          Nationalit Mexican

**Defense Counsel if known:**     Raymond A. O'Hara, Esq.          Address 1 Exchange Place., Worcester, MA

Bar Number  _____

**U.S. Attorney Information:**

AUSA _____                              Bar Number if applicable _____

**Interpreter:**    X Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**          Yes  X  No

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of _____  in  Wyatt Detention, Central Falls, RI
☐  Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    X☐ Felony —— 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**  Lynn          **Related Case Information:**

**County**  Essex          Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                          Same Defendant  x          New Defendant
                          Magistrate Judge Case Number          04-M-1685 CBS
                          Search Warrant Case Number          04-M-1720 to 1730
                          R 20/R 40 from District of

## Defendant Information:

Defendant Name  VALENTIN MARTINEZ          Juvenile:          ☐ Yes    X No

Alias Name    VALENTIN RIVERA AKA V AKA VALE

Address    108 JOHNSON STREET, LYNN, MA

Birthdate:  12/20/69    SS #  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   Sex:  MALE   Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    Ronald Ian Segal, Esq.          Address  23 Central Ave., Lynn, MA

Bar Number

## U.S. Attorney Information:

AUSA   Neil Gallagher          Bar Number if applicable

**Interpreter:**    X Yes    X No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          Yes   X   No

          Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date          5/1/04

x  Already in Federal Custody as of          in   Wyatt Detention, Central Falls, RI          .
☐  Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:          on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty ———          ☐ Misdemeanor ———          X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

𝓔JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____    Category No. _____    Investigating Agency __DEA/MSP_____

City __Lynn/Peabody_____    **Related Case Information:**

County ____Essex_____    Superseding Ind./ Inf. ___X_____    Case No. ____04-10299-PBS____
                              Same Defendant ___x_____    New Defendant _____
                              Magistrate Judge Case Number ___04-m-1685-CBS_____
                              Search Warrant Case Number ___04-m-1720 to 1730____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___MANUEL GERMOSEN_____    Juvenile    ☐ Yes    ☒ No

Alias Name ___Kelvin Madera, Manolo_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: ___Hispanic_____ Nationality: __Dom Rep_____

**Defense Counsel if known:** ___Steven Judge_____    Address: **23 Central Ave., #605**
                                                                  **Lynn, MA 01902**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: ___Spanish_____

Matter to be SEALED: ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as ___May 1, 2005_____ in __Plymouth County_____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony ___1 count____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    __MANUEL GERMOSEN_____

**U.S.C. Citations**

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  __21 U.S.C. Sec. 846__ | __Conspiracy to Distribute 5 Kg of Cocaine__ | __Count One__ |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

🖉JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                          U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                 **Related Case Information:**

**County** __Essex__             Superseding Ind./ Inf.   __X__                 Case No.   __04-10299 PBS__
                               Same Defendant   __X__                 New Defendant _____
                               Magistrate Judge Case Number     __04-M-1685 CBS__
                               Search Warrant Case Number     __04-M-1720 to 1730__
                               R 20/R 40 from District of     _____

### Defendant Information:

Defendant Name   __ABDALLAH HAMDAN__                   Juvenile:     ☐ Yes     X No

Alias Name         _____

Address         __10 ROOSEVELT ST METHUEN MA__

Birthdate: __1/17/76__     SS # __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__  Sex: __MALE__  Race: __Arabic__          Nationalit __Palestinian__

**Defense Counsel if known:**   Melvin Norris, Esq.          Address __260 Boston Post Rd., Wayland, MA__

Bar Number          _____                 _____

### U.S. Attorney Information:

AUSA   __Neil Gallagher__                     Bar Number if applicable          _____

**Interpreter:**     ☐ Yes     X No          List language and/or dialect:          _____

**Matter to be SEALED:**          Yes   X     No

          Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date          __5/1/04__

X  Already in Federal Custody as of          _____  in    __Wyatt Detention, Central Falls, RI__  .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:          _____  on          _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☐ X Felony —— 4 ——

Continue on Page 2 for Entry of U.S.C. Citations

   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

Date:   __3/23/05__          Signature of AUSA:   _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  MA _____    **Category No.** _____    **Investigating Agency**  DEA/MSP _____

**City**  Lynn/Peabody _____    **Related Case Information:**

**County**  Essex _____    Superseding Ind./ Inf.   X _____    Case No.   04-10299-PBS
Same Defendant   x _____    New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS _____
Search Warrant Case Number   04-m-1720 to 1730 _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   RICARDO MARTINEZ _____    Juvenile    ☐ Yes    ☒ No

Alias Name   Chorizo, Chon _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Hispanic ___  Nationality:  Dom Rep ___

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher _____    **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No    **List language and/or dialect:**   **Spanish** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ **On Pretrial Release:**   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    __RICARDO MARTINEZ__ _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  MA                    **Category No.** _____    **Investigating Agency**  DEA/MSP

**City**  Lynn/Peabody                    **Related Case Information:**

**County**    Essex                    Superseding Ind./ Inf.    X                Case No.    04-10299-PBS
Same Defendant        x            New Defendant
Magistrate Judge Case Number        04-m-1685-CBS
Search Warrant Case Number        04-m-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   HOWARD GREENBERG                    Juvenile    ☐ Yes    ☒ No

Alias Name

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:    Caucasian    Nationality:  US

**Defense Counsel if known:**    Roger Witkin            **Address:**  6 Beacon Street, Ste 1010
                                Boston, MA 02108
**Bar Number:**

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher                    **Bar Number if applicable**

**Interpreter:**    ☐ Yes ☐ No        **List language and/or dialect:**    Spanish

**Matter to be SEALED:**    ☐ Yes   ☒ No

        ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by  MJ Swartwood    on    May 2004

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  3/23/05        **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **HOWARD GREENBERG** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**JS 45** (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  MA_____    **Category No.** _____    **Investigating Agency** DEA/MSP_____

**City**  Lynn/Peabody_____        **Related Case Information:**

**County**  Essex_____    Superseding Ind./ Inf.   X_____    Case No.   04-10299-PBS_____
Same Defendant   x_____    New Defendant_____
Magistrate Judge Case Number   04-m-1685-CBS_____
Search Warrant Case Number   04-m-1720 to 1730_____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  EDGAR HOFFENS_____        Juvenile    ☐ Yes    ☒ No

Alias Name  Carlos Colon Rivera, Tigueron_____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M  Race:  Caucasian___  Nationality:  US_____

**Defense Counsel if known:**    **John Wall**_____    **Address:** 1 Commercial Wharf West_____
                                                           Boston, MA 02110_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher_____        **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No        **List language and/or dialect:**    Spanish_____

**Matter to be SEALED:**    ☐ Yes   ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____  **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____  **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**  1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05        **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>EDGAR HOFFENS</u>

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

*/3*

⚓JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**                   **Category No.** __II__                    **Investigating Agency** __DEA__

**City** __Lynn__                            **Related Case Information:**

**County** __Essex__                         Superseding Ind./ Inf. __X__              Case No. __04-10299 PBS__
                                             Same Defendant __X__           New Defendant _____
                                             Magistrate Judge Case Number    __04-M-1685 CBS__
                                             Search Warrant Case Number      __04-M-1720 to 1730__
                                             R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name  __ROGELIO GARCIA__                          Juvenile:   ☐ Yes    X No

Alias Name  __LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA__

Address  __85 WALNUT AVE., REVERE, MA__

Birthdate: __7/15/80__    SS # __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__  Sex: __MALE__  Race: __Hispanic__          Nationalit __USA__

**Defense Counsel if known:**    James H. Budreau, Esq.          Address __20 Park Plaza, Boston, MA__

Bar Number  _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                          Bar Number if applicable  _____

**Interpreter:**    ☐ Yes    X No          List language and/or dialect:  _____

**Matter to be SEALED:**          Yes  X    No

          Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date  _____

  ☐ Already in Federal Custody as of _____ in _____ .
  ☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
  X On Pretrial Release:   Ordered by:  __Mag. Judge Swartwood__   on _____

**Charging Document:**      Complaint     ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☐ X Felony — 2

Continue on Page 2 for Entry of U.S.C. Citations

          **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.**

Date:  __3/23/05__                    Signature of AUSA:  _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

*14*

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                  Category No. _____     Investigating Agency  DEA/MSP

City   Lynn/Peabody                    **Related Case Information:**

County   Essex                         Superseding Ind./ Inf.   X                    Case No.   04-10299-PBS
                                       Same Defendant     x              New Defendant
                                       Magistrate Judge Case Number    04-m-1685-CBS
                                       Search Warrant Case Number    04-m-1720 to 1730
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO                    Juvenile   ☐ Yes    ☒ No

Alias Name   Ramon Acosta, the Singer

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Hispanic     Nationality: _____

Defense Counsel if known:   **Ray Buso**                Address:  **15 Church Street**
                                                                  **Salem, MA 01970**
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    **Bar Number if applicable**

Interpreter:   ☒ Yes  ☐ No    List language and/or dialect:     Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

        ☐ Warrant Requested              ☐ Regular Process              ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as _____  in  _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 count

                        **Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date:  3/23/05          Signature of AUSA: