JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant      JAVIER ANGEL ROMERO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

ADDITIONAL INFORMATION:

≰JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X       Case No.  04-10299-PBS
Same Defendant   x              New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number      04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CHRISTIAN GERMOSEN     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:  Hispanic  Nationality:  Dom. Rep.

**Defense Counsel if known:**  Michael Hickey     **Address:**  15 Church Street
                                                              Salem, MA 01970
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher     Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   CHRISTIAN GERMOSEN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex      Superseding Ind./ Inf.  X      Case No. 04-10299-PBS
Same Defendant  x      New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JUAN MARTINEZ      Juvenile   ☐ Yes   ☒ No

Alias Name   Juan Eustate

Address   _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex M  Race: Hispanic  Nationality: Mexican

Defense Counsel if known:  _____     Address: _____

Bar Number:  _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher     Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No    List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**   FUGITIVE

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     JUAN MARTINEZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

✺JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: __MA__     Category No. _____     Investigating Agency __DEA/MSP__

City __Lynn/Peabody__     Related Case Information:

County __Essex__
Superseding Ind./ Inf.  __X__     Case No. __04-10299-PBS__
Same Defendant  __x__     New Defendant _____
Magistrate Judge Case Number   __04-m-1685-CBS__
Search Warrant Case Number   __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __GERARDO VASSUER ORTIZ__     Juvenile  ☐ Yes  ☒ No

Alias Name  __Scarface__

Address _____

Birth date (Year only): _____     SSN (last 4 #): _____     Sex __M__  Race: __Hispanic__     Nationality: __Mexican__

Defense Counsel if known:  __Richard Welsh__     Address: __80 Worchester St., Ste 5__
                                                              __North Grafton MA, 01536__
Bar Number: _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__     Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:  __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__     Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      GERARDO VASSUER ORTIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn/Peabody  **Related Case Information:**

**County** Essex
- Superseding Ind./ Inf.   X   Case No.   04-10299-PBS
- Same Defendant   x   New Defendant   _____
- Magistrate Judge Case Number   04-m-1685-CBS
- Search Warrant Case Number   04-m-1720 to 1730
- R 20/R 40 from District of   _____

**Defendant Information:**

**Defendant Name** PHIL ASARO   **Juvenile:** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** _____  **SSN (last 4 #):** _____  **Sex** M  **Race:** Caucasian  **Nationality:** _____

**Defense Counsel if known:** Kirk Griffin   **Address:** 50 Standford Street, Boston, MA 02114

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by MJ Swartwood  on May 2004

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     PHIL ASARO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn/Peabody  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X  **Case No.** 04-10299-PBS
Same Defendant  x   New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** SILVESTRE LIZARDI  **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** ___ **SSN (last 4 #):** ___ **Sex** M **Race:** Hispanic **Nationality:** ___

**Defense Counsel if known:** Michael Sneider  **Address:** 95 Commercial Wharf
Boston, MA 2110

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher  **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No  **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by MJ Swartwood on May 2004

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☒ Felony 1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05   **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     SILVESTRE LIZARDI

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  **Category No.** II  **Investigating Agency** DEA

**City** Lynn   **Related Case Information:**

**County** Essex
Superseding Ind./ Inf.  X   Case No. 04-10299 PBS
Same Defendant  x   New Defendant
Magistrate Judge Case Number  04-M-1685 CBS
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  ROBERT V. RUSCIO   Juvenile: ☐ Yes  X No

Alias Name

Address  286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51   SS # 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   Sex: MALE   Race: White   Nationalit USA

**Defense Counsel if known:**   Edward L. Hayden, Esq.   Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA  Neil Gallagher   Bar Number if applicable

Interpreter: ☐ Yes  X No   List language and/or dialect:

**Matter to be SEALED:**   Yes  X No

\ Warrant Requested   X☐ Regular Process   In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: Mag. Judge Swartwood  on

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X☐ Felony — 2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**       ROBERT V. RUSCIO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X    Case No. 04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  GIOVANI AVILA    Juvenile ☐ Yes  [X] No

Alias Name _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M  Race: Hispanic  Nationality: _____

**Defense Counsel if known:** Michael Natola    **Address:** 240 Commerical Street, Ste 2B, Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  [x] No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  [x] No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
[x] On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

**Charging Document:** ☐ Complaint    ☐ Information    [x] Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ [x] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant       GIOVANI AVILA

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: **MA**   Category No. _____   Investigating Agency **DEA/MSP**

City **Lynn/Peabody**   Related Case Information:

County **Essex**   Superseding Ind./Inf. **X**   Case No. **04-10299-PBS**
Same Defendant **x**   New Defendant _____
Magistrate Judge Case Number **04-m-1685-CBS**
Search Warrant Case Number **04-m-1720 to 1730**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **GILBERTO ZAYAS**   Juvenile ☐ Yes  ☒ No

Alias Name **Cumbia King, Tony**

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex **M** Race: **Hispanic** Nationality: _____

Defense Counsel if known: **Raymond E. Gillespie**   Address: **875 Massachusetts Ave, Ste 32 Cambridge, MA 02139**

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Neil Gallagher**   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect: **Spanish**

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by **MJ Swartwood**   on **May 2004**

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony **1 count**

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **3/23/05**   Signature of AUSA: _____