JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    GILBERTO ZAYAS _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

Place of Offense: __MA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. __X__    Case No. __04-10299-PBS__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __LUIS E. DEJESUS__    Juvenile [ ] Yes  [X] No

Alias Name __Edgardo__

Address _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex __M__ Race: __Hispanic__  Nationality: ____

Defense Counsel if known: __John W. Laymon__    Address: __77 Franklin Street, # 3__
__Boston, MA 02110__

Bar Number: _____

## U.S. Attorney Information:

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter: [X] Yes [ ] No    List language and/or dialect: __Spanish__

Matter to be SEALED: [ ] Yes [X] No

[ ] Warrant Requested    [ ] Regular Process    [ ] In Custody

## Location Status:

Arrest Date: _____

[X] Already in Federal Custody as __May 2004__ in __Wyatt__
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document:    [ ] Complaint    [ ] Information    [X] Indictment

Total # of Counts:    [ ] Petty ____  [ ] Misdemeanor ____  [X] Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   LUIS E. DEJESUS

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Y⬛JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

City __Lynn__

County __Essex__

**Related Case Information:**
Superseding Ind./ Inf.  __X__         Case No. __04-10299 PBS__
Same Defendant __X__                  New Defendant _____
Magistrate Judge Case Number __04-M- 1731CBS__
Search Warrant Case Number __04- M 1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __BENITO GRULLON__    Juvenile:  ☐ Yes   X No

Alias Name __QUICO__

Address _____

Birthdate: _____  SS # _____  Sex: __MALE__  Race: __Hispanic__  Nationalit __Dominican__

Defense Counsel if known: __Ron Ian Segal, Esq..__   Address __23 Central Ave., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                  Bar Number if applicable _____

Interpreter:   X Yes    No     List language and/or dialect: __Spanish__

Matter to be SEALED:    Yes   X No

  Warrant Requested            X Regular Process           In Custody

**Location Status:**

Arrest Date   __5/1/04__

X Already in Federal Custody as of _____ in _____
☐ Already in State Custody at ——————— ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— X Felony —2—

Continue on Page 2 for Entry of U.S.C. Citations

  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__         Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**      BENITO GRULLON

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

Place of Offense: __MA, CA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn__      Related Case Information:

County __Essex__      Superseding Ind./ Inf. __x__    Case No. __04-10299-PBS__
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __MARTIN CERNA GARCIA__    Juvenile [ ] Yes [X] No

Alias Name __"Willy"; "Nephew"__

Address __11027 Meyers Dr., Cucamnga, CA 91730__

Birth date (Year only): __1963__ SSN (last 4 #): ____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

Defense Counsel if known: _____ Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter: [X] Yes [ ] No    List language and/or dialect: __Spanish__

Matter to be SEALED: [x] Yes [ ] No

[x] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document: [ ] Complaint [ ] Information [x] Indictment

Total # of Counts: [ ] Petty ____ [ ] Misdemeanor ____ [x] Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    MARTIN CERNA GARCIA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                               **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA     **Category No.** _____   **Investigating Agency** DEA/MSP

**City** Lynn, MA            **Related Case Information:**

**County** Essex             Superseding Ind./ Inf.  x      Case No. 04-10299-PBS
                             Same Defendant _____   New Defendant  X
                             Magistrate Judge Case Number _____
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** ROBINSON RUIZ          Juvenile  ☐ Yes  ☒ No

**Alias Name** "Metresa"

**Address** 6 Houston Street, Lynn, MA 01905

**Birth date (Year only):** 1964  **SSN (last 4 #):** 6369  **Sex** M  **Race:** Hispanic  **Nationality:** Dom. Republic

**Defense Counsel if known:** _____      **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher        **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No     **List language and/or dialect:** Spanish

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05         **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   ROBINSON RUIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn, MA     **Related Case Information:**

**County** Essex     Superseding Ind./ Inf. x     Case No. 04-10299-PBS
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** CARLOS RAFAEL ROJAS     Juvenile ☐ Yes ☒ No

**Alias Name** "Chelo"; "Ramon"

**Address** _____

**Birth date (Year only):** ____ **SSN (last 4 #):** ____ **Sex** M **Race:** ____ **Nationality:** ____

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Neil Gallagher     **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No     **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

### Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__   Category No. _____   Investigating Agency __DEA/MSP__

City __Lynn/Peabody__   Related Case Information:

County __Essex__   Superseding Ind./ Inf. __X__   Case No. __04-10299-PBS__
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS ORLANDO ARGUETA-MACARIO__   Juvenile   ☐ Yes   ☒ No

Alias Name __"Chaparro"__

Address __15 Washington Place, Peabody, MA 01960__

Birth date (Year only): __1967__   SSN (last 4 #): __0292__   Sex __M__   Race: __Hispanic__   Nationality: __Mexican__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable _____

Interpreter: ☒ Yes   ☐ No   List language and/or dialect: __Spanish__

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

U.S.C. Citations

|   | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: __MA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn, MA__    Related Case Information:

County __Essex__    Superseding Ind./ Inf.  __x__    Case No. __04-10299-PBS__
Same Defendant _____  New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __WILLIAM R. HOLMES__    Juvenile  ☐ Yes  ☒ No

Alias Name __"Billy"__

Address __43 Reservoir Drive, Danvers, MA__

Birth date (Year only): __1961__  SSN (last 4 #): __7332__  Sex __M__  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☐ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    WILLIAM R. HOLMES, a/k/a "Billy"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                       **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA                 **Related Case Information:**

**County** Essex                  Superseding Ind./ Inf. __x__          Case No.  04-10299-PBS
                                  Same Defendant _____    New Defendant  X
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  GENE A. ANDERSON                        Juvenile  [ ] Yes  [X] No

Alias Name  _____

Address  87 Broad Street #1, Lynn, MA

Birth date (Year only): 1970   SSN (last 4 #): 0733  Sex M  Race: _____  Nationality: _____

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                              Bar Number if applicable _____

Interpreter: [ ] Yes  [ ] No    List language and/or dialect: _____

Matter to be SEALED: [x] Yes  [ ] No

[x] Warrant Requested     [ ] Regular Process     [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document:  [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:  [ ] Petty _____  [ ] Misdemeanor _____  [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05              Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    GENE A. ANDERSON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**